

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TRULY NOLEN OF AMERICA, INC., | § | No. 08-19-00118-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| OMAR MARTINEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCV3006) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the trial court's judgment denying Appellant's motion to compel arbitration. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, all costs in this Court. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF FEBRUARY, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.
Alley, C.J., concurring